RECEIVED
IN MONROE, LA
JUN 2 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **JEFFERY W. HARVEY** | * | **CIVIL ACTION NO. 07-1379** |
| **VERSUS** | * | **JUDGE JAMES** |
| **M.L. SMITH, JR., INC.** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge (Doc. No. 15) having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's motion to dismiss (Document No. 10) is hereby **GRANTED** as to the plaintiff's claims alleging defamation and violation of 42 U.S.C. § 1983, and those claims are hereby Dismissed with Prejudice; and is **DENIED** as to the plaintiff's claims alleging violation of Title VII of the 1964 Civil Rights Act.

THUS DONE AND SIGNED this 2 day of June, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION